**STATEMENT OF FACTS**

On Saturday, April 9, 2005, at about 7:12 a.m., sworn officers with the Metropolitan Police Department's Seventh District conducted a traffic stop in the 3200 block of 15th Place, S.E., Washington, D.C.  As officers approached to the car, they saw the defendant, Keith Powers, throw an object out of the window.  Officer recovered a clear sandwich bag with 10 ziplocks containing a white rock-like substance. Officers placed the defendant under arrest.  A search of the car revealed a loaded Smith & Wesson 9mm handgun in the center console of the car.  Officers also recovered rental paperwork for the car, in the defendant's name.   A portion of the white rock-like substance field tested positive for cocaine. To the best of the undersigned officer's knowledge, defendant Keith Powers, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in Maryland.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.  She wrote her initials on the computer print-out that he reviewed, so that she would recognize it again in the future.  To the best of this officer's knowledge there are no Smith & Wesson 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.

After arrest, the defendant gave a video taped confession, saying that the gun belonged to him.

_____
OFFICER CHRISTOPHER SMITH
SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF APRIL, 2005.

_____
U.S. MAGISTRATE JUDGE