**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
# for the District of Columbia

FILED

MAY 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.

KEITH POWERS

Case No. 05-0190M

**ORDER**

Upon oral motion of the PARTIES _____ to exclude 14 days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the defendant in a speedy trial, and the Court (sets forth in writing) or (orally sets forth) its reasons in the record at this time, and it is hereby

**ORDERED**, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, § 3161(h)(8)(A)), that 14 days be excluded in computing the time within which an indictment must be filed in the instant case.

No objection

_K. Powers_
Defendant

_Hani Jahr_
Defense Counsel

_Barry Wiegand_
Attorney for Government

executed 05-11-05
proposed CSH 05-25-05
0930

_____
(United States Judge)
(United States Magistrate)

USA-D9 (Oct. 76)

COURT COPY