AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

JUL 1 3 2005

# United States District Court

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

KEITH POWERS.

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-0229 (CKK)

I, __Keith Powers__, the above named defendant, who is accused of

18 USC § 922(g)(1) and DC Code § 904.01(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 13, 2005__ prosecution by indictment and consent that the
             Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer