UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

**KEITH POWERS,**

Defendant.

Crim. Action No.  05-299
(CKK)

**FILED**

AUG - 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation dated July 13, 2005, from Magistrate Judge Deborah Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this __1__ day of August, 2005, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Dani Jahn, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, NW, 5th Floor
Washington, D.C. 20004

Barry Wiegand, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

Magistrate Judge Deborah Robinson