UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
　　　　Plaintiff : CRIMINAL NO. 05-229
: Judge Colleen Kollar-Kotelly
vs. :
:
KEITH POWERS :
:
　　　　Defendant :

FILED
AUG - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for __KEITH POWERS__, by no later than __OCTOBER 14, 2005__; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than __OCTOBER 24, 2005__; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #11 on __NOVEMBER 18, 2005 AT 9:00 A.M.__

IT IS SO ORDERED,

Date: 8/3/05

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
　　File
　　Pretrial
　　Probation
　　Barry Wiegand, AUSA
　　Danielle Jahn, AFPD