To whom it Concern,

I'm writing this letter on behalf of my only son Keith Powers whom I Love very much, and I will not give up on him an hope the system does not either. I Know he have done some things in Life that God, I, and the Law do not approve of, but that <u>do not</u> make him a bad person. We all fall short of something at one point in our life but thank God for a forgiving heart an allowing us the oppertunity to change + correct our wrong during.

Keith knows that he has done some wrong in his life and he is working towards changing it by during something positive. Going back to school (college) an getting a degree in Computers (witch he was one of the top in his class). I am very proud + graceful that he showed me + himself that he could accomplish this an be one of the best in his graduating class.

Keith has had some hardship in his life by not having a relationship with his birth father, an loosing his stepfather at an eakly age from a terminal Disease (Huntington's) witch his baby sister who is 22 yrs. of age, has. He had to help me a lot with the caring of her + assisting with his

other sisters. I am a single parent an have been for a long time so I thank God for giving me Keith to help with things around the house & his sisters. Yes Keith have made some wrong choices in his life, but he has also made a change for the better in a positive way. So I ask of you to please search your heart & give him another ~~chang~~ chance to show you he is a completely different person with a good heart an a kind spirit.

Thank you so much,
Mo. A Barnes
his mother

October 23, 2005

To whom it may concern:

My name is Tanya Yevette Barnes. I am writing today to speak on behalf of my only brother, Keith Powers. I would like to start out by saying that although my brother is not perfect, as well as no one else is, he is the only man in my family that has always been here to support and do right by his three younger sisters and mother. Keith is my oldest brother, my only brother, and I love him very much. He's always made sure that I stayed on the right path and if he would ever see that I have strayed, he would be the first to correct me. I have always looked up to him because he will always find a way to make good out of any bad situation. I am the middle of three girls and I feel the closest to him. I've always wanted to be just like him. Charismatic, positive, outgoing, a great sense of humor, and overall a strong loving family man. We were raised in a single family home. My mother was our sole provider. On nights when she would have to work late, my brother would take on the role as parent. He always made sure we did our homework, ate dinner, and went to bed at a reasonable time. He would go over our assignments with us to make sure we did everything correct. Because he did that, it molded us into students who did very well in school. It made me want to do well. He would always say how proud he was of us. Our relationship with my brother was one that other families looked up to and admired. They would always tell us how special we were to have that bond. Not a lot of families did in our neighborhood. I think that is why he was so hard on us. He was our protector and still is today.

My brother has made a lot of mistakes or bad decisions. Keith is a man who is not afraid of admitting his wrong doings. He is not a man who will disregard advice that someone is giving. He is someone who wants to learn and grow from his mistakes and get past everything that has altered his present and that may alter his future. I am very proud of him for that. I am lucky to have someone like him in my family. I have seen the change in him and it makes me stronger knowing that he can pull through anything. Now that my sisters and I have grown into young women, I know my brother will do the same for his six year old daughter; he did for us to make sure she will be somebody.

It breaks my heart knowing the situation he is facing. He came to me and still talks to me about what has happened and what may happen. I know that I can't do much. I have put it in Gods hands but I just want to let whomever is reading this know that Keith has changed. He is not the man that prosecutors may make him out to be. He is not a typical criminal taking advantage of the system. He is only someone who chose the wrong path because he was not given a chance to prove himself. He is a hardworking intelligent man. All he asks is for a chance to show what he is capable of doing. Everything Keith has set his mind in doing, he has done it. He went to Computer Training School and graduated at the top of his class. He has trained with some of the best computer technicians in this area. All he need is a chance. He has been working for a long time

now. He set out to change his life around and has achieved it. I remember coming home seeing him on the internet and looking in the paper for jobs. It made me cry knowing that he was so determined to show that he can be more than a product of his environment. I am an honor student at Strayer University and my older sister is a graduated from Sanz nursing school. We all are focused on making a better life for ourselves so that we may be able to provide for our mother. She has always been there for us. She has always supported us. She has raised us into strong minded and goal oriented individuals and we are forever grateful. My brother, sister, and I dream is to one day being able to buy my mom her dream home. She has worked all of our lives and one day she won't have to anymore. That is why all of us are striving to make careers to be able to make our dream come true.

With all that I have said, I hope that I have given whomever an image of a man who has made wrong decisions but who is capable of learning from them and growing into a better human being. We love Keith very much and will always stand by him because he has always stood by us.

Thank you,

Tanya Yevette Barnes

To whom it may concern,

    I'm writing this letter on behave of Keith Powers. I'm Lesley Powell the mother of his daughter Destiny Powers. From what I understand he is facing a jail sentence. I have known Keith for nine years and he's a individual with a kind heart, and a lot of potenial. Our daughter is six year old, and Keith plays a important role in her life as her father; from taking her to school, picking her up from school, spending quality time, helping her with her homework, and finiacally helping myself by proving income for food and clothing. I'm not writing you to ask for something outstanding, but I am writing to ask you to give him the least amont time as possible. Not for my benefit

but for our daughter benefit. She's always had a male figure in her life, and will need it in the years to come. Keith is willing to provide that role. Too much time from her may damage the relationship they have built over these six years. So I plead with you to take in consideration the punishment you give to him, because ~~[scratched out]~~ it will damage her life as well.

sincerely yours,
Lesley Powell