CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

November 17, 2005

UNITED STATES OF AMERICA

v.                                              Criminal No. **05cr229**

**KEITH POWERS**

### CRIMINAL NOTICE

Due to the Court being in recess for Judge Bryant's funeral, please be advised that the Sentencing previously scheduled on November 18, 2005, in the above entitled case, has been RESCHEDULED in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | SENTENCING |
| DATE: | NOVEMBER 21, 2005 |
| TIME: | 11:00 A.M. |
| JUDGE: | COLLEEN KOLLAR-KOTELLY |
| COURTROOM: | NO. 11 |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____ (for Dorothy Patterson)
Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      Danielle Jahn, Esq.
      Barry Wiegand, AUSA
      Tanyita Ruley, U.S. Probation Officer
      Pretrial Services