HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0229</u> |
|---|---|---|
| vs. | : | SSN: _____ |
| Powers, Keith | : | Disclosure Date: <u>September 14, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____              _____
**Prosecuting Attorney**                                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.

    (✓)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[Signed] Powers   9/19/05*            *[Signed] Frani Jahn   9/19/05*
**Defendant**          **Date**                          **Defense Counsel**    **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>**September 28, 2005**</u>, to U.S. Probation Officer **Tanyita Ruley**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Richard A. Houck, Jr., Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

September 21, 2005

Tanyita Ruley
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

       Re:  **United States v. Keith Powers**
           **Criminal No.: 05-229 (CKK)**

Dear Ms. Ruley:

  Enclosed please find the Defendant's Objections and Comments to the Presentence Report, prepared in the above case, dated September 13, 2005.

**Objections and Comments**

  1. Mr. Powers objects to Paragraph 37 on Page 10 of the Presentence Report in the assessment that the prior conviction results in one point pursuant to U.S.S.G. § 4A1.1(c). Case Number CA023808J reflects that Mr. Powers was convicted for Driving While Suspended and as a result zero points should be assessed pursuant to U.S.S.G. § 4A1.2(c)(1). Please see the attached copy of the docket entry in the Circuit Court for Prince George's County, Maryland.

  2. Mr. Powers requests that Paragraph 38 on Page 10 of the Presentence Report be modified to reflect that the total number of criminal history points is 7.

  3. Mr. Powers objects to Paragraph 40 on Page 11 of Presentence Report. According to the most recent Pretrial Services Report dated August 25, 2005, there were no outstanding warrants related to Mr. Powers. Further, when Mr. Powers was released from custody in the state of Maryland on November 11, 2001, he was advised there were no outstanding warrants. Mr. Powers believes that all of the counts were dismissed. Counsel for Mr. Powers is attempting to obtain copies from the court jacket in Fort Lee, New Jersey.

4.     Mr. Powers requests that Paragraph 53 on Page 12-13 of the Presentence Report be modified to accurately reflect that the defendant's last name is not Barnes as stated.

5.     Mr. Powers requests that Paragraph 54 on Page 13 of the Presentence Report be modified to accurately reflect that Mr. Powers has two daughters, one of blood relation. His blood related daughter is named Destiny Angela Powers and she is 6 years old. Destiny resides with her mother Leslie Powell and Leslie's mother. In addition, Mr. Powers also considers Sharmayne Ginyard, age 7, as a daughter. Sharmayne's mother is Veronica Ginyard and they both reside at 1333 Savannah Street, Apt. 9, S.E., Washington, D.C. 20032.

6.     Mr. Powers requests that Paragraph 60 on Page 13 of the Presentence Report be modified to accurately reflect that the drug test collected by the probation office was done on the day of his interview which was August 24, 2005.

7.     Mr. Powers requests that Paragraph 64 on Page 14 of the Presentence Report be modified to accurately reflect that Mr. Powers has an A.A.S. degree from TESST College. Mr. Powers submits that a copy of his degree was faxed to the probation office.

8.     Mr. Powers requests that Paragraphs 65 and 66 on Page 14 of the Presentence Report be modified to accurately reflect that Mr. Powers will be employed at the time of his sentencing. Also, Mr. Powers has obtained employment at Jiffy Lube on Duke Street in Alexandria, Virginia. He began employment at Jiffy Lube on September 13, 2005, which is a full-time 40 hours per week position. Confirmation of this employment will be provided to the probation office once he receives his first pay stub.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc:    Barry Wiegand, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530