UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0229 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **KEITH POWERS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lynn C. Holliday, at telephone number (202) 616-9550, and/or email address lynn.holliday@usdoj.gov. Assistant United States Attorney Lynn C. Holliday will substitute for Assistant United States Attorney William B. Wiegand as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Lynn C. Holliday
Assistant United States Attorney
Federal Major Crimes Section, Bar No. 415-954
555 4th Street, NW, Room 4235
Washington, DC 20530
(202) 616-9550