UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. **05-229** |
| KEITH POWERS : | |
| Defendant : | |

**ORDER**

At sentencing on January 30, 2006, the Court warned Defendant Keith Powers that if there were any additional infractions of his pretrial release conditions, the Court would revoke his release and he would be held without bond until he received a designation from the Bureau of Prisons. The Court has received a report from Pretrial Services that Defendant missed a curfew call. (See attached report.)

Accordingly, it is this ___2___ day of March, 2006, hereby

**ORDERED** that Defendant's conditions of release are hereby REVOKED and a Bench Warrant for Defendant's arrest shall be issued; and it is

**FURTHER ORDERED** that Keith Powers shall be held without bond pending designation from the Bureau of Prisons.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:

Dani Jahn, AFPD
~~Barry Wiegand~~, AUSA *Alex Shawe*
George Zouzoulas, PSO