# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KEITH POWERS<br><br>DOB:           PDID# | DOCKET NO: Cr-05-229 | MAGIS. NO: 05-190 |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | FILED<br>MAR 0 9 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST:**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

**CITY:**

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable for a Term Exceeding One Year

Unlawful possession with Intent to Distribute a Controlled Substance

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

**BAIL FIXED BY COURT:** Held Without Bond Pending Designation from the Bureau of Prisons

**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** COURT

**JUDGE/MAGISTRATE JUDGE:** JUDGE COLLEEN KOLLAR-KOTELLY

**DATE ISSUED:** March 2, 2006

**CLERK OF COURT:** Nancy Mayer-Whittington

**BY DEPUTY CLERK:** [signature] Jones Patterson

**DATE:** March 2, 2006

### RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 3-2-06

**DATE EXECUTED:** 3-9-06

**NAME AND TITLE OF ARRESTING OFFICER:** SEAN McLEOD SDUSM

**SIGNATURE OF ARRESTING OFFICER:** Sean McLeod

1132331