HONORABLE COLLEEN KOLLAR-KOTELLY

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Keith Powers                    Docket No.: 05-229-01

**FILED**

MAR 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Keith Powers__ having been sentenced, on 01-30-2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ___FCI Cumberland___, in ___Cumberland, MD___ by 2 p.m., on ___April 18, 2006___.

___3/24/06___
Date

___COLLEEN KOLLAR-KOTELLY___
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

___Debra Taylor___
**ATTORNEY/U.S. PROBATION OFFICER**

___[signature]___
**DEFENDANT**

Revised 6-2004