**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-0229** |
| | : | |
| v. | : | |
| | : | |
| **KEITH POWERS** | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Alexander Shawe at telephone number 202-514-9519 and/or email address Alexander.Shawe@usa.usdoj.gov. Alexander Shawe will substitute for Assistant United States Attorney Lynn Holliday as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

---

Alexander Shawe
Assistant United States Attorney
Federal Major Crimes, Bar No. 472-492
555 4th Street, NW, Room 4239
Washington, DC 20530
202-514-9519